# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| IN THE MATTER OF: | * | NUMBER: 07-11113AA |
|---|---|---|
| DORTHY STEWART | * | |
| DEBTOR(S) | * | CHAPTER: 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## OBJECTION TO PROOF OF CLAIM
11 USC 2016a violations

**COMES NOW,** above Debtor(s) by and through undersigned counsel, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure and respectfully objects to the proof of claim filed in this case of **WELLS FARGO**, and in support hereof respectfully shows the Court the following:

The present case was commenced by the filing of a petition with the Clerk of this Court on **6/12/07**. **CONFIRMATION IS PENDING**, proposing to pay unsecured creditors **100%** over a term of **60** months.

(a) The proof of claim in dispute is identified as claim No.: 3 and has been filed in the amount of $35,036.82. ⟨ARREARS⟩

At the time of filing, Debtors petition provided for the payment of $35,036 to WELLS FARGO.

**(b)** Claim No: 3 has little supporting documentation, and/or an affidavit explaining the circumstances of the loss or destruction of the underlying documents has been attached and/or provided. The proof of clam fails to provide a payment history, account summary, contract, or any other type of evidence of an obligation. In direct defiance of Bankruptcy Rule 3001.

**SPECIFICALLY**, Debtor requires information regarding the following proof of claim inclusions:

1) $1013.75 "Other amounts for Inspection Fees, Appraisal Fees, NSF check charges, and other charges"

2) $6,663.96 "Pre-petition attorney fees and costs"

3) $1562.25 "Escrow Advance"

It is recognized that this matter was in foreclosure, but the bulk inclusions provide little guidance as to the actual charges to determine accuracy, and reasonableness.

Debtor would also like a specific information of the scheduled installment payments to make certain they are not overlapping with the escrow advances.

(c) **Of particular concern,** Claimant via their attorney Hilary Bonial has incorporated inappropriate language within the proof of claim and related attachments which gives rise to inappropriate application of post-petition fees, costs and attorney fees. Specifically, is the re-birth of the Section III language wherein Claimant states reasonable and necessary attorney's fees and costs have been incurred for creditor's representation in this proceeding. As previously discussed in depth, if Claimant wishes to receive post-petition fees and costs they must seek permission before including these fees into the proof of claim.

These issues have been painstakingly litigating on multiple cases ending with a sanction of $300 in attorney fees (In Re: Patricia Montgomery) and a stern warning to avoid these practices and to eliminate such references from the Section III part of the POC. Undersigned counsel has not seen these type of claims on any case filed by our firm and on information and belief, Claimant avoids this language on virtually all top 10 firms in this district, since the last admonishment.

However, the present debtor, is quite elderly, and filed pro-se. Undersigned counsel recently enrolled in this matter. What appears to be occurring, is a blatant and intentional practice of Wells Fargo to avoid prohibitive collection techniques when they think they will get caught, and when a client files without an aggressive counsel they appear to take advantage of this situation and prey on the unsuspecting and uneducated debtors by incorporating terms which they specifically know are inappropriate and prohibitive in Section A.

The first proof of claim was filed on 7/12/07 which included the inappropriate language, and filed the present amended claim on 8/20/07, the same day our firm was approved to represent this debtor.

This is a separate component of this claim objection which debtor requests the Court to give careful consideration in an attempt to curtail this type of claim practice in all matters before the court, not just for the few debtors represented by this firm.

As previously discussed and litigated, this is a direct violation of 11 USC 2016a. In the event Post-petition fees, costs and specifically Attorney fees are warranted, they should only be allowed AFTER being approved by this court, in writing, AFTER a properly noticed hearing outlining their existence and justifying their application.

**WHEREFORE,** Debtor(s) pray as follows:

A. That all references regarding the application of fees and costs be stricken from the proof of claim;

B. That WELLS FARGO be precluded from filing any amended, modified or substitute claims in this case without setting same for hearing;

C. Debtor(s) have such other and further relief this court may deem just and proper including fines, fees, costs and attorney fees for any required hearings, if warranted.

Respectfully submitted,

**HARRINGTON & MYERS**
**/s/ KIRK MYERS**
**KIRK L. MYERS**        (21762)
P. O. Box 13127
New Orleans, La 70185
(504) 861-0550
Attorneys for Petitioner(s)

No. 3-1    Magner

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF LOUISIANA | AMENDED PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Dorothy Chase Stewart | Case Number<br>07-11113-EWM |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 USC §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Wells Fargo

Name and address where notices should be sent:

Wells Fargo
One Home Campus / BK PMT PROC / MAC #X2302-04C
Des Moines, Iowa 50328

Telephone No. (800) 288-3212

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: xxx4556

Check here   ☒ replaces   a previously filed claim, dated: 7/12/2007
if this claim ☐ amends

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☒ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other: _____

   ☐ Retiree benefits as defined in 11 USC §1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
       (date)           (date)

2. **Date debt was incurred:** October 27, 1999

3. **If court judgment, date obtained:**

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. (See reverse side for important explanations.)

**Unsecured Non-priority Claim $0.00**
☐ Check this box if: 1) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.

Amount entitled to priority: $_____

Specify the priority of the claim.
   ☐ Domestic support obligations under 11 USC §507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 USC §507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 USC §507(a)(5).

**Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate   ☐ Motor Vehicle   ☐ Other: _____
Value of Collateral: not available

Amount of arrearage and other charges at time case filed included in secured claim, if any: $35,036.82

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 USC §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 USC §507(a)(8).
☐ Other – Specify applicable paragraph of 11 USC §507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

5. **Total Amount of Claim at Time Case Filed:**   $0.00   $88,429.51   $0.00   $88,429.51
                                                  (unsecured) (secured)   (priority)  (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>August 20, 2007 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>/s/ Hilary B. Bonial as Creditor's Authorized Agent |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 USC §§152 and 3571.*

7800-N-7897 / STANDARD PROOF OF CLAIM

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: §
 §
DOROTHY CHASE STEWART §
 §
 §
 §

CASE NO. 07-11113-EWM

CHAPTER 13

JUDGE ELIZABETH W. MAGNER

## EXHIBIT A

ITEMIZATION OF AMENDED CLAIM AND SUMMARY OF SUPPORTING
DOCUMENTS FOR CLAIM OF WELLS FARGO BANK, N. A. SUCCESSOR BY MERGER TO WELLS
FARGO HOME MORTGAGE, INC. FKA NORWEST MORTGAGE, INC., AS SERVICING AGENT FOR
LEHMAN

### SECTION 1. ITEMIZATION OF CLAIM

A. Total Debt as of June 12, 2007
- Principal Balance $59,447.50
- Interest from Last Paid Installment $18,965.61
- Late Charges $776.44
- Escrow Advance $1,562.25
- Pre-petition Attorney Fees and Costs $6,663.96
- Other amounts for Inspection Fees, Appraisal Fees,
  NSF Check Charges, and Other Charges $1,013.75

TOTAL DEBT $88,429.51

B. Total Arrearage as of August 31, 2007
- Regular Monthly Installments
  July 1, 2004, through August 31, 2007 $26,582.67
- Late Charges $776.44
- Pre-petition Attorney Fees and Costs $6,663.96
- Other pre-petition fees, expenses and charges
  as reflected in 1A above $1,013.75
- Interest accruing at the contract rate of
  10.38% on pre-petition arrearage if allowed by
  11 USC §1322(e) ($0.00)

TOTAL ARREARAGES $35,036.82

Please be advised that reasonable fees and costs for the review of the bankruptcy pleadings, review of client information, preparation and filing of the Proof of Claim will be charged to the lender/servicer for post-petition services rendered subsequent to the filing of this bankruptcy matter. Further, note that future fees and costs for bankruptcy related services are expected to accrue throughout the life of this bankruptcy case, and will be charged to the lender/servicer. If such fees and costs or charges are not paid through the bankruptcy, the lender reserves the right, at the lender's discretion, to seek future reimbursement for the fees, costs and charges related to services rendered and expenses incurred pursuant to the terms provided for in the underlying security instrument, the bankruptcy code and other applicable law.

## SECTION 2. SUMMARY OF SUPPORTING DOCUMENTS

A. Note Number xxx4556
Note ("Note"), dated October 27, 1999, in the original principal amount of $61,200.00 with interest at the rate of 10.38%. Executed by Original Mortgagor:

William Chase, Jr.

to Norwest Mortgage, Inc. .

B. The Note is secured by Deed of Trust/Mortgage of even date therewith covering certain real property located at 181 Louisiana St, Westwego, Louisiana 70094, and more particularly described in the Deed of Trust/Mortgage.

## SECTION 3. OTHER INFORMATION

A. Claimant is entitled, and reserves the right, to receive all amounts which are payable after the petition date under the loan documents described above in Section 2A, including the following payments upon and additions to the total debt:

1. Regular monthly installments as are provided in the loan documents, subject to future adjustments for escrow deposit or interest rate changes.

2. As of August 20, 2007, regular monthly payments are due for the months of September 1, 2007 in the amount of $697.51, late charges have been accrued in the amount of ($0.00), and reasonable and necessary attorney's fees and costs have been incurred for creditor's representation in this proceeding.

3. Late charges, reasonable attorneys' fees, and other amounts of the type described in Section 1A above, as provided for in the loan documents.

B. Claimant is filing a Proof of Claim at this time solely to establish the balance of its secured claim and arrearage. By filing this Proof of Claim, claimant does not waive any objection it may later assert to Debtor's Plan.

C. The value of the secured property is sufficient to fully secure all pre-petition and post-petition amounts reflected in this claim and claimant retains and reserves all liens and other security interests provided in the loan documents and the right to exercise and enforce such rights and interests against the secured property.

Name of Creditor: Wells Fargo Bank, N. A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc., as servicing agent for Lehman
File Number 7800-N-7897 / poc

# Eastern District of Louisiana
# Claims Register

**07-11113 Dorothy Chase Stewart**

**Judge:** Elizabeth W. Magner  **Chapter:** 13
**Office:** New Orleans  **Last Date to file claims:**
**Trustee:** S. J. Beaulieu Jr.  **Last Date to file (Govt):** 12/10/2007

| Creditor:<br>Wells Fargo<br>One Home Campus/BK PMT PROC<br>MAC #X2302-04C<br>Des Moines, Iowa 50328 | **Claim No: 1**<br>*Filed:* 07/12/2007<br>*Entered:* 07/12/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Bonial, Hilary<br>*Modified:* |
|---|---|---|

Secured claimed: $88429.51
**Total claimed: $88429.51**

*History:*
1-1   07/12/2007 Claim #1 filed by Wells Fargo, total amount claimed: $88429.51 (Bonial, Hilary)

*Description:*
*Remarks:*

| Creditor:<br>Portfolio Recovery Associates, LLC.<br>PO Box 12914<br>NORFOLK VA 23541 | **Claim No: 2**<br>*Filed:* 08/10/2007<br>*Entered:* 08/10/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Garcia, Dolores<br>*Modified:* |
|---|---|---|

Unsecured claimed: $525.49
**Total claimed: $525.49**

*History:*
2-1   08/10/2007 Claim #2 filed by Portfolio Recovery Associates, LLC., total amount claimed: $525.49 (Garcia, Dolores)

*Description:*
*Remarks:*

| Creditor:<br>Wells Fargo<br>One Home Campus/BK PMT PROC<br>MAC #X2302-04C<br>Des Moines, Iowa 50328 | **Claim No: 3**<br>*Filed:* 08/20/2007<br>*Entered:* 08/20/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Bonial, Hilary<br>*Modified:* |
|---|---|---|

Secured claimed: $88429.51
**Total claimed: $88429.51**

*History:*
3-1   08/20/2007 Claim #3 filed by Wells Fargo, total amount claimed: $88429.51 (Bonial, Hilary)

*Description:* (3-1) replaces claim dated:7/12/2007
*Remarks:*

## Claims Register Summary

**Case Name:** Dorothy Chase Stewart
**Case Number:** 07-11113
**Chapter:** 13
**Date Filed:** 06/12/2007
**Total Number Of Claims:** 3

|  | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $525.49 | |
| **Secured** | $176859.02 | |
| **Priority** | | |
| **Unknown** | | |
| **Administrative** | | |
| **Total** | $177384.51 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/22/2007 15:11:12 | | | |
| **PACER Login:** | hm0211 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 07-11113 Filed or Entered From: 1/1/1990 Filed or Entered To: 12/31/2007 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |