Table IV
2004 Proof of Claim Reconciliation

| | | |
|---|---:|---:|
| Balance Due at Dismissal of 2002 Case | $4,734.24 | |
| Additional Past Due Payments | | |
|     3 (2/1/04-4/1/04) @ $554.11 | 1,662.33 | |
| Additional Past Due Escrow Payments | | |
|     3 (2/1/04-4/1/04) @ $45.21 | 135.63 | |
| Additional Late Charges | | |
|     3 (2/1/04-4/1/04) @ $27.71 | 83.13 | |
| Additional BPO | 50.00 | |
| Additional Attorneys' Fees and Costs | 1,528.61 | |
| Less Debtor Suspense Balance (4/1/04) | (40.64) | |
| | | $8,153.30 |
| | | |
| Plus Consent Order: | | |
|     Attorneys' Fees and Costs | 500.00 | |
|     Postpetition Past Due Payments | | |
|         3 (6/04-8/04) @ $554.11 | 1,662.33 | |
|     Late Charges | | |
|         5 (5/04-9/04) @ $27.71 | 138.55 | |
|     Postpetition Past Due Escrow Payments | | |
|         3 (6/04-8/04) @ $45.21 | 135.63 | |
| | | $2,436.51 |
| | | |
| Total | | $10,589.81 |