# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF<br><br>DOROTHY CHASE STEWART<br>      DEBTOR | CIVIL ACTION<br><br>NO. 08-3225<br> c/w 08-3669<br>        08-3852<br>        08-3853<br>        08-4805<br>[REF: 08-3225, 08-3669,<br>       08-3852, 08-3853]<br><br>SECTION: "C"  (4)<br><br>BANK. NO.: 07-11113 "A"<br>CHAPTER 13 |

## J U D G M E N T

In accordance with the Court's order and reasons on file herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that the judgments of the Bankruptcy Court in civil action numbers 08-3225 and 08-3852 are hereby **AFFIRMED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the orders of the Bankruptcy Court in civil action numbers 08-3669 and 08-3853 are hereby **AFFIRMED**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Wells Fargo's appeal in civil action number 08-4805 is rendered **MOOT**.

New Orleans, Louisiana, this 7th day of August 2009.

_____
**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**