**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

September 18, 2009

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO. 09-30514

IN RE: DOROTHY CHASE STEWART    BK 08-3225 C c/w 08-3669, 08-3852, 08-3853

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

____ 1) Certified copy of the notice of appeal and docket entries.

____ 2) Certified copy of notice of a cross-appeal and docket entries.

____ 3) The Court of Appeals docket fee ____ HAS ____ HAS NOT been paid.

____ 4) This case is proceeding in forma pauperis

____ 5) Order Appointing Counsel ____ CJA-20 ____ FPD

____ 6) District Judge entering the final judgment is _____

____ 7) Court Reporter assigned to the case _____

____ 8) If criminal case, number and names of other defendants on appeal ____

____ 9) This case was decided without a hearing; there will be no transcript.

____ 10) Spears hearing held.

In connection with this record, the following documents are transmitted.

_x_ 1) **Certified** Electronic record on appeal consisting of:

____ Volume(s) of record    ____ Volume(s) transcript

____ Volume(s) of depositions

____ Container(s) of exhibits ____ Box ____ Envelope ____ Folder

____ 2) Supplemental record, including updated _____

____ 3) SEALED Doc. _____

____ 4) Other: _____

Very truly yours,

By____Alicia Phelps____
Deputy Clerk